UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.      Case No. 3:16-CV-00486-PGS-DEA

COBBLESTONE ACQUISITION, LLC,
a New Jersey Limited Liability Company,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

_____
Asaad K. Siddiqi, Esq. (AS9150)
McCusker, Anselmi, Rosen & Carvelli, LLC
210 Park Avenue, Suite 301
Florham Park, NJ 07932
Telephone: (973) 635-6300
Facsimile: (973) 635-6363
asiddiqi@marc.law
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: 9/6/16

_____
Benjamin R. Picker, Esq.
McCausland Keen & Buckman
80 W. Lancaster Ave. 4th Floor
Devon, PA 19333
Telephone: (610) 341-1000
Facsimile: (610) 341-1099
bpicker@mkbattorneys.com
*Attorneys for Defendant*

Date: 8/29/16