# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

THE INDEPENDENCE PROJECT, INC.,
A New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

      Plaintiffs,

      v.

COBBLESTONE ACQUISITION, LLC
A New Jersey Limited Liability Company

      Defendant.

Civil Action No.   16-cv-00486 (PGS)

ORDER of Dismissal

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter,

IT IS on this 8th day of September, 2016,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated.   The Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the settlement.

The Clerk is directed to close the file.

_____
PETER G. SHERIDAN, U.S.D.J.